# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Ana Marisa Vargas-Herrara, | ) | Case No. 1:18-cr-097 |
| | ) | |
| Defendant. | ) | |

Before the court is a motion filed by defendant's retained counsel, attorney W. Harvey Skees, to withdraw as defense counsel and for the appointment of substitute. For good cause shown, the court **GRANTS** the motion (Doc. No. 59). Attorney W. Harvey Skees is authorized to withdraw as defense counsel. The Federal Public Defender's office is appointed to represent defendant in this matter pending defendant's submission of a financial affidavit.

**IT IS SO ORDERED.**

Dated this 28th day February, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court